# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00465-CV

## In the Interest of K. R.

## FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
## NO. 28,752, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Robin Crystal Glass appeals the order terminating her parental rights to K. R. and reaffirming the appointment of managing conservators for K. R. Glass's attorney then moved to withdraw as counsel, citing his inability to communicate effectively with Glass. He asserted that he sent a copy of that motion, as well as his amended motion to withdraw, to Glass's last known address. The trial court's clerk informed this Court that the trial court had instructed counsel to contact Glass about the process for pursuing court appointment of counsel on appeal. The trial court clerk later informed this Court's clerk that the trial court had permitted counsel to withdraw, that Glass had not requested appointment of counsel, and that none had been appointed for her.

The clerk's record was filed October 6, 2004. No reporter's record was filed. Because appeals from orders terminating parental rights are accelerated, Glass's brief was due October 26, 2004. Tex. Fam. Code Ann. § 109.002(a) (West 2002); Tex. R. App. P. 38.6(a)(1). On November 24, 2004, this Court's clerk sent a letter to Glass's last known address warning that this

appeal would be dismissed for want of prosecution unless, by December 10, 2004, Glass filed a brief or reasonably explained her failure to file a brief. The letter was not returned. No brief or explanation was filed.

We grant counsel's motion to withdraw as counsel on appeal. We dismiss this appeal for want of prosecution.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   January 27, 2005